**Robert A. SMITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 59403.**

Missouri Court of Appeals, Western District.

May 31, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 2, 2002.

Nancy A. McKerrow, Asst. Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Edgington, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before LOWENSTEIN, P.J., ELLIS and EDWIN H. SMITH, JJ.

### *ORDER*

PER CURIAM.

Robert A. Smith appeals from the denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. The Court of Appeals found that trial counsel was not ineffective for failure to call certain witnesses, introduce certain evidence, timely endorse an alibi witness, or properly investigate his case. The judgment of the trial court is affirmed. Rule 84.16(b).